CHAMPLAIN VALLEY FEDERAL SAVINGS AND LOAN ASSOCIATION OF PLATTSBURGH, Respondent, v. WILLIAM L. LADUE et al., Respondents, and FREDERICK COTY et al., Appellants, et al., Defendants—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.